# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 113 MM 2018

          Respondent        :

           v.               :

JOHN E. TORRES,              :

         Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2018, the Application to Exceed Word Count Limit is DENIED, to the extent it seeks a variance from the word-count limit. Counsel is DIRECTED to submit a compliant Petition for Allowance of Appeal within 30 days.